COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
$ 00.48⁰
PITNEY BOWES
02 1R
0002003152
MAILED FROM ZIP CODE 78701

M JEFFRIES
DALLAS 750

RETURN TO SENDER
Not deliverable as
Addressed

RETURN TO SENDER
NEED INMATE #

RE: WR-83,334-01

ROLAND HAYES SCHULTZ III
MOORE UNIT - TDC # 1981234

Fwd to Lubbock County
P O Box 10536
Lubbock TX 7940

00 153